APRIL 2, 1962.

No. 19. KENNEDY, ATTORNEY GENERAL OF THE UNITED STATES, *v.* MENDOZA-MARTINEZ. Appeal from the United States District Court for the Southern District of California. (Probable jurisdiction noted, 365 U. S. 809.) Argued October 10–11, 1961. This case is restored to the calendar for reargument. *Oscar H. Davis* argued the

cause for appellant. With him on the briefs were former *Solicitor General Rankin, Solicitor General Cox, Assistant Attorney General Miller, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Jerome M. Feit. Thomas R. Davis* argued the cause for appellee. With him on the brief was *John W. Willis. Jacob Wasserman, David Carliner, Rowland Watts, Stephen J. Pollak* and *Osmond K. Fraenkel* filed a brief for the American Civil Liberties Union, as *amicus curiae*, in support of appellee.